UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


PHILIP RAGAWAY, *an individual*; J A
ATWOOD CORPORATION, *an Oregon
corporation*; SPOT PROPERTIES, LLC, *an
Oregon limited liability company*; JSP
INVESTMENTS, LLC, *an Oregon limited
liability company;* CONCEPT
ENTERTAINMENT - TWO, LLC, *an Oregon
limited company, dba* Duke's Country Bar
and Grill; CONCEPT ENTERTAINMENT
- FOUR, LLC, *an Oregon limited liability
company, dba* Dixie Tavern; DANIEL
LENZEN, *an individual*; DIVINE COMEDY,
LLC, *an Oregon limited liability company, dba*
Dante's; GLITZ, LLC, *an Oregon limited
liability company, dba* Star Theater; and
DOES 1- 100;

Case No. 3:17-cv-01843-AC

ORDER OF REMAND

Plaintiffs,

v.

PAGE 1 – ORDER OF REMAND

CITY OF PORTLAND, an Oregon
municipal corporation,

                                    Defendant.

_____

ACOSTA, Magistrate Judge:

Plaintiffs filed a motion to remand this case to state court, where it originally commenced,

arguing that their amended complaint, ECF No. 10, omits the references to federal law that rendered

the case properly within this court's original subject matter jurisdiction. (*See* Pls.' Mot. to Remand,

ECF No. 11, at 2–3.) Defendant concedes remand is appropriate. (Def.'s Resp. at 2.)

Because plaintiffs' state law claims now substantially predominate over the claims over

which this court had original jurisdiction, the court declines to exercise supplemental jurisdiction

under 28 U.S.C. § 1367 and agrees the case should be remanded pursuant to 28 U.S.C. § 1447(c).

Accordingly,

IT IS HEREBY ORDERED that this action is REMANDED to the Circuit Court of

Multnomah County for the State of Oregon.

DATED this 18th day of January, 2018.

JOHN V. ACOSTA
United States Magistrate Judge